Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−15004−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MaryAnn Frankenfield
   2075 Venezia Ave.
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−7071

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                   8/25/21
Time:                   09:00 AM
Location:               Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 21, 2021
JAN: kaj

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:

MaryAnn Frankenfield
    Debtor

Case No. 21-15004-ABA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2

Date Rcvd: Jun 21, 2021        Form ID: 132        Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryAnn Frankenfield, 2075 Venezia Ave., Vineland, NJ 08361-6864 |
| 519239995 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519240001 | + | City of Vineland, Attn: Tax Office, 640 East Wood St., Vineland, NJ 08360-3713 |
| 519240003 | + | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519240004 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519240005 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519240011 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519240015 | + | Synchrony/Car Care AAMCO, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519240017 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519240018 | + | Vineland Municipal Utilities, 640 E. Wood Street, P.O. Box 1508, Vineland, NJ 08362-1508 |
| 519240019 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519239996 | | Email/Text: bankruptcy@bbandt.com | Jun 21 2021 20:56:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 519239997 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 21 2021 21:07:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519240002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2021 20:56:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519240006 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 21 2021 20:55:00 | Greensky, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-2451 |
| 519240007 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2021 20:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519239998 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 21 2021 21:07:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519240008 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2021 20:56:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519240009 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 21 2021 20:58:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519240010 | + | Email/Text: bankruptcy@bbandt.com | Jun 21 2021 20:57:00 | Sheffield Financial, Attn: Bankruptcy, Po Box 580229, Charlotte, NC 28258-0229 |

| 519240012 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2021 21:06:58 | Syncb/home Design-hi-p, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519240721 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2021 21:08:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519240013 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2021 21:08:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519240014 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2021 21:06:56 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519240016 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 21 2021 21:08:09 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519239999 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519240000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor MaryAnn Frankenfield tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;L.wood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3