Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  21−15004−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MaryAnn Frankenfield
   aka Mary Ann Van Nood
   2075 Venezia Ave.
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−7071

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 26, 2021.

Dated: August 26, 2021
JAN: cmf

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 21-15004-ABA

MaryAnn Frankenfield                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                     User: admin                                     Page 1 of 3
Date Rcvd: Aug 26, 2021                         Form ID: plncf13                              Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                 Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryAnn Frankenfield, 2075 Venezia Ave., Vineland, NJ 08361-6864 |
| 519239995 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519240001 | + | City of Vineland, Attn: Tax Office, 640 East Wood St., Vineland, NJ 08360-3713 |
| 519240003 | + | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 519240004 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519240005 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519268327 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519246196 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519256077 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519240011 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519240015 | + | Synchrony/Car Care AAMCO, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519240017 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519240018 | + | Vineland Municipal Utilities, 640 E. Wood Street, P.O. Box 1508, Vineland, NJ 08362-1508 |
| 519240019 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519245349 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519239996 | | Email/Text: bankruptcy@bbandt.com | Aug 26 2021 20:28:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 519278277 | + | Email/Text: bankruptcy@bbandt.com | Aug 26 2021 20:28:00 | BB&T NOW TRUIST, P O BOX 1847, WILSON NC 27894-1847 |
| 519239997 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 20:37:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519240002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2021 20:28:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519240006 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 26 2021 20:28:00 | Greensky, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-2451 |
| 519270297 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 26 2021 20:28:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 519240007 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2021 20:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519239998 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 26 2021 20:36:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519287807 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2021 20:28:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519240008 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2021 20:28:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519246264 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519284163 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 20:37:12 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519284162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 20:37:04 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519289304 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2021 20:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519240009 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2021 20:28:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519240010 | + | Email/Text: bankruptcy@bbandt.com | Aug 26 2021 20:28:00 | Sheffield Financial, Attn: Bankruptcy, Po Box 580229, Charlotte, NC 28258-0229 |
| 519240012 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Syncb/home Design-hi-p, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519240721 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519240013 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519240014 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519240016 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:09 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519284661 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 26 2021 20:37:15 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519240000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519239999 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: plncf13 | Total Noticed: 39 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

**Name**              **Email Address**

Denise E. Carlon
   on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
   ecfmail@standingtrustee.com summarymail@standingtrustee.com

Sindi Mncina
   on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com

Thomas G. Egner
   on behalf of Debtor MaryAnn Frankenfield tegner@mcdowelllegal.com
   tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5